**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

IN RE:

ANGELA FARROW,                                CASE NO. 18-04539-5-JNC
                                              CHAPTER 13
    DEBTOR.

**MOTION TO CONTINUE HEARING**

NOW COMES, creditor Christopher H. Brown ("Mr. Brown"), by and through undersigned counsel, and hereby moves the Court for an Order continuing the hearing on the Debtor's Objection to Proof Claim of Christopher H. Brown [D.E. 19] and Mr. Brown's response thereto [D.E. 34] ("Objection to Claim") and, in support of said Motion, shows unto the Court as follows:

1. On September 10, 2018, the Debtor filed a voluntary petition for chapter 13 relief.

2. On November 29, 2018, the Debtor filed an objection to the claim of Mr. Brown, and Mr. Brown filed a Response thereto on January 2, 2019.

3. A hearing on the Objection to Claim and response thereto has been scheduled for January 30, 2019 at 10:30 a.m. in Greenville, North Carolina.

4. Mr. Brown requests a continuance of the hearing to give the parties additional time to resolve the objection and to allow time for the hearing on the Trustee's Motion to Dismiss scheduled to be heard on February 6, 2019 to be resolved, as the resolution may render Objection to Claim moot.

5. This Motion is made for good cause and not for purpose of delay.

6. Counsel for the Debtor and the Chapter 13 Trustee consent to the relief requested.

WHEREFORE, Mr. Brown requests that the hearing on the Objection to Claim scheduled for January 30, 2019, at 10:30 a.m. in Greenville, NC, be continued for a period of 30 days, and for such other and further relief as the Court may deem just and proper.

DATED:  01/28/19

                                              s/Blake Y. Boyette
                                              BLAKE Y. BOYETTE
                                              STUBBS & PERDUE, P.A.
                                              310 Craven Street
                                              New Bern, NC 28563
                                              (252) 633-2700
                                              N.C. State Bar No.: 44239
                                              E-mail: bboyette@stubbsperdue.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that he is, and at all times hereinafter mentioned was, more than eighteen years of age and on this day, true and accurate copies of the foregoing **MOTION TO CONTINUE HEARING** was filed electronically via CM/ECF, notification of which was remitted to the following parties as indicated:

| | | | |
|---|---|---|---|
| C. Scott Kirk | (CM/ECF & US Mail) | Angela Farrow | (US Mail) |
| 1025C Director Ct. | | 40534 North End Rd. | |
| Greenville, NC 27858 | | Avon, NC 27915 | |
| Attorney for the Debtor | | | |
| | | | |
| Christopher H. Brown | (US Mail) | Joseph Bledsoe | (CM/ECF) |
| 122 Greentree Circle | | Chp 13 Trustee | |
| Jupiter, FL 33458 | | | |

    EXECUTED ON:  1/28/19

                                              s/Blake Y. Boyette
                                              BLAKE Y. BOYETTE
                                              STUBBS & PERDUE, P.A.
                                              310 Craven Street
                                              New Bern, NC 28563
                                              (252) 633-2700
                                              N.C. State Bar No.: 44239
                                              E-mail: bboyette@stubbsperdue.com