VAN–100 Notice of Continued Hearing – Rev. 10/01/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:  
Angela Hope Farrow  
( debtor has no known aliases )  
P.O. Box 97  
Avon, NC 27915

CASE NO.: 18–04539–5–JNC

DATE FILED: September 10, 2018

CHAPTER: 13

## NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE:     Wednesday, March 6, 2019  
TIME:     10:30 AM  
PLACE:    Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

to consider and act on the following matters:

Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

and to transact all other business as may properly come before the court.

DATED: February 6, 2019

Stephanie J. Butler  
Clerk of Court